Mr. NKrumah Lumumba Valier
TDCJ-No. 1546714
James V. Allred Unit
2101 FM 369 N.
Iowa Park, Texas 76367

June 15, 2015

To: Clerk
Court Of Criminal Appeals Of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re: Ex parte NKrumah Lumumba Valier cause no. 1150625-E
and cause no. 1030025-D.

Dear Clerk;

Please forward any and all responses concerning these two Article 11.07 Writ Of Habeas Corpus Filed with Chris Daniel the Harris County District Clerk at the above address.

Thank you for any and all assistance in this matter.

Respectfully
Mr. NKrumah Lumumba Valier

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 19 2015
Abel Acosta, Clerk